UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 21 2025 PM 3:26
FILED-USDC-CT-HARTFORD

Clifford Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Related Management Company LP.
Management Agent F
And others

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

To stop unconstitutional Retaliatory eviction conspiracy
Danbury Superior court, 146 White Street
Danbury CT 06810
Related Management company LP
Management Agent F.
vs
Clifford Williams
#DBD-CV-25605387-S

## Motion for A Emergency Preliminary INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Clifford Williams |
| Street Address | 88 Main Street Apt 4A |
| City and County | Danbury, Fairfield |
| State and Zip Code | Connecticut, 06810 |
| Telephone Number | 857-221-7494 |
| E-mail Address | CliffordWilliams101@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

| | |
|---|---|
| **Defendant No. 1** | |
| Name | Related Management Company LoPvi Managing agent |
| Job or Title *(if known)* | |
| Street Address | 88 Main Street Danbury CT 06810 |
| City and County | 240 East 86 Street NY, NY 10028 |
| State and Zip Code | 450 Wast 17 Street NY, NY 10011 |
| Telephone Number | 60 Columbus Cir NY, NY 10023 |
| E-mail Address *(if known)* | 410 10th Ave NY NY 10001 / 30 Hudson Yards NY, NY 100 |
| | |
| **Defendant No. 2** | |
| Name | Danbury Police Department |
| Job or Title *(if known)* | Local law enforcement |
| Street Address | 375 Main Street Danbury |
| City and County | Danbury, Fairfield |
| State and Zip Code | Connecticut, 06810 |
| Telephone Number | 203-797-4614 |
| E-mail Address *(if known)* | |
| | |
| **Defendant No. 3** | |
| Name | State of connecticut Department of Revenue Services / former city of Danbury CT Mayor Mark D. Boughton |
| Job or Title *(if known)* | Commissioner |
| Street Address | 450 Columbus Blvd, Hartford, CT 06103 |
| City and County | Connecticut, Hartford County |
| State and Zip Code | |
| Telephone Number | 860-297-5962 |
| E-mail Address *(if known)* | |
| | |
| **Defendant No. 4** | |
| Name | Members and associates of the Genovese Crime family Mobsters |
| Job or Title *(if known)* | Organized crime |
| Street Address | NY, NJ, MA, CT, PA, OH |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. First amendment rights, Fourth amendment rights, Fourteenth amendment rights, 42 USC § 1983, 42 USC § 1985(3), 42 USC § 3631, 42 USC § 1981, 42 USC § 1982, 42 USC § 3617, Fair Housing Act of 1968, Civil Rights Act of 1866,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* Related Management Company, is incorporated under the laws of the State of *(name)* United States, NY, CT, MA, NJ, and has its principal place of business in the State of *(name)* New York.

Or is incorporated under the laws of *(foreign nation)* I do not know, and has its principal place of business in *(name)* I do not know.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I do not know right now

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

I Clifford Williams File federal complaints with the United States Dept of Justice Civil Rights Division Criminal Section against Public Officials, Police, Political Officials, Judicial Officials, Private Businesses Officials, Members and associates of Organized crime family Mobsters in the states of NY, NJ, MA, CT Conspirators, Co Conspirators Who is conspiring with the Related Management Company LP, Landlord, Property Managers, Maintenance Men

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Mark P. Boughton former Danbury CT Mayor, state of CT Commissioner of DRS and the Danbury Police Dept, Members and Associates of Organized Crime family mobsters Genovese conspirators came to the Related Management Company officials to help conspire to direct, indirect intentionally to injure, oppress, threaten, intimidate, harass, solicit murder for hire against tenant Clifford Williams for complaining to the Federal law enforcement agencies from 2009 through present time now 2025 in the state of Connecticut

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. I will be wrongfull evicted, falsely arrested, murder

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. To stop the retaliatory eviction and star a lawsuit for $500 Million dollars

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Clifford Williams

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address